UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ESTATE OF JODY PIDGEON,<br>Jennifer Pidgeon, Administrator, and<br>JENNIFER PIDGEON, Individually,<br>Plaintiffs,<br><br>v.<br><br>THE RUTLAND HOSPITAL, INC. d/b/a/<br>RUTLAND REGIONAL MEDICAL CENTER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-7 |

# CERTIFICATE OF MERIT

Pursuant to 12 V.S.A. § 1042, I certify that:

1. I consulted with a health care provider who by virtue of his education, background, training and experience is qualified under Vermont Rule of Evidence 702, and other applicable standards, as an expert on the topics relevant to this litigation.

2. Based on the information reasonably available at the time, including but not limited to, medical records maintained and produced by the defendant and police records and photographs, the expert:

   a) described the applicable standard of care;

   b) stated that there is a reasonable likelihood that the plaintiffs will be able to show that the defendant failed to meet that standard of care; and

   c) stated that there is a reasonable likelihood that the plaintiffs will be able to show that the defendant’s failure to meet the standard of care caused Mr. Pidgeon injury and was a substantial factor in his untimely death.

Dated: January 15, 2026

ESTATE OF JODY PIDGEON,
Jennifer Pidgeon, Administrator and
JENNIFER PIDGEON, Individually

By: /s/Michael F. Hanley

Michael F. Hanley
Plante & Hanley, P.C.
Post Office Box 708
White River Junction, VT 05001
802-295-3151, Ext. 102
mfhanley@plantehanley.com